

**08 CRIM   058**

P51675 /S.Osman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Sandra A. Osman, United States Probation Officer |
| **RE:** | Frank Ayala |
| **DATE:** | December 12, 2007 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On August 30, 2006, the above-named individual was sentenced in the District of New Hampshire outlined in the attached J & C.

In October 2007, we received the Prob. 22's endorsed by the Honorable Paul Barbadoro, U.S. District Court Judge, ordering Mr. Ayala's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5194.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Sandra Osman
U.S. Probation Officer

*USDC SDNY DOCUMENT ELECTRONICALLY FILED JAN 23 2008*